**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MUSIC ROYALTY CONSULTING,
INC.,

      Plaintiff,

v.                                                                      Case No. 6:22-cv-2110-RBD-DCI

WILLIAM RUDOLPH MCLEAN,

      Defendant.

_____

## **ORDER**

Before the Court is Plaintiff's motion for attorney fees. (Doc. 185.) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation submitting that the Court should deny the motion. (Doc. 192 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 192) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2.    Plaintiff's motion (Doc. 185) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 12, 2026.



ROY B. DALTON, JR.
United States District Judge

2